# DISTRICT COURT RECORD RETURN FORM
## U.S. COURT OF APPEALS FOR THE NINTH CIRCUIT
### 95 SEVENTH STREET
### SAN FRANCISCO, CALIFORNIA 94103
### (415) 355-7820

May 23, 2008

BILLINGS DIV.

2008 JUN 4 AM 11 31

PATRICK E. DUFFY, ---

BY _____
DEPUTY CLERK

**District Court/Agency:** USDC Montana (Billings)
**Lower Court Number:** CR-02-00049-RFC
**Appeal Number:** 06-30658
**Short Title:** USA v. Birdinground

**Volumes**

**Clerk's Records in:** 4          0 Certified Copy(ies)

**Reporters Transcripts in:** 9 + 1 IN SEALED ENVELOPE (DOC. #76)

**Bulky Documents in:** 0 Envelopes   0 Expandos   0 Folders   0 Boxes
                        0 Other

**State Lodged Docs in:** 0 Envelopes   0 Expandos   0 Folders   0 Boxes
                          0 Other

**Other:** 1 envelope containing 1 sealed transcript & 9 other sealed documents.

Case not closed out, we may need record back if checked here: _____

Note:
THE FOLLOWING ITEMS ARE MISSING AND A SEARCH HAS BEEN PLACED.
ALL MISSING ITEMS WILL BE RETURNED AS SOON AS THEY ARE LOCATED.

UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT
RECORD TRANSMITTAL FORM

Date: 5/16/07

To: United States Court of Appeals
For The Ninth Circuit/Records Unit
95 Seventh Street
San Francisco, California 94103

( ) Check here if record is being sent directly to a Judge.

From:
Patrick E. Duffy, Clerk
Rm. 5405, Federal Building
316 North 26th Street
Billings, Montana 59101

SEALED    SEALED

DC No: CR-02-49-BLG-RFC    Appeal No: 06-30658

Short title: USA v. Birdinground

(partial)    Composition of Record

Clerk's Files in __4__ volumes    (X) original    ( ) certified copy

Bulky docs. _____ volumes, docket# _____
(folders)

Reporter's Transcripts    in __10__ volumes    (X) original    ( ) certified copy
(#76 in separate sealed envelope)

Exhibits:    in _____ envelopes    ( ) under seal
            in _____ boxes       ( ) under seal    SEALED

Other: Rptr's Transcripts: 73, 75, 99, 157, 158, 187, 214, 215, 216

(please note any documents filed under seal)

* ELECTRONIC RECORD starting with doc. # 204.

Acknowledgement: G-DNIS    date: MAY 18 2007

FILED

CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS